UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHARIPOV KHURSAND,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,

Respondent.

Case No.: 26-cv-4221-CAB-JLB

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Sharipov Khursand has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1.] This is his third habeas petition. [Case Nos. 26-cv-2183-CAB-JLB; 26-cv-845-CAB-JLB.] In his first petition, this Court ordered Respondents to provide Petitioner a bond hearing. [Case No. 3:26-cv-845-CAB-JLB at Doc. No. 5.] Petitioner subsequently received a bond hearing on March 11, 2026; the Immigration Judge ("IJ") denied bond finding Petitioner was a flight risk. [*Id.* at Doc. No. 6-1.] Petitioner has appealed that bond decision to the Board of Immigration Appeals. Separately, Petitioner was ordered removed on May 15, 2026. His appeal of that removal order also remains ongoing.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D.

Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that were not raised in the previously decided petitions. Therefore, the Court **DISMISSES** the Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated: July 29, 2026

Hon. Cathy Ann Bencivengo
United States District Judge